UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Priti Shukla,
    Plaintiff,

v.                                      CASE NO. 8:24-mc-00019-KKM-CPT

T-Mobile USA Tower LLC,
    Defendant,

## MOTION TO SET A HEARING DATE

The Plaintiff respectfully submits a motion to set a hearing date in the above-captioned matter. In support of this motion, the Plaintiff states as follows:

1. The Plaintiff filed its subpoena on October 17, 2024.

2. The factual and legal issues have been extensively briefed.

3. As set forth in the accompanying Exhibit A, the Plaintiff has continued its investigation to the extent permitted by the present discovery impasse, but access to the withheld documents and information is essential to a final resolution of this investigation.

4. Alternatively, should the Court determine that it can rule on the Petition on the basis of the Subpoena that have been filed to date, the Plaintiff respectfully requests that the Court, at its earliest convenience, enter the proposed Order submitted.

    WHEREFORE, the Plaintiff respectfully requests that the Court set the earliest possible hearing date.

Respectfully submitted,
Priti Shukla
16350 Bruce B Downs Blvd # 46144
Tampa, FL 33647
Help40032@gmail.com
Natural Women